IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ARTHUR HEBERT, JR. §<br>　　　　PLAINTIFF §<br>VS. §<br>　　　　　　　　　　　　§<br>McDERMOTT, INTERNATIONAL, INC. §<br>J. RAY MCDERMOTT, S.A., McDERMOTT, §<br>INC., f/k/a J. RAY McDERMOTT, INC. §<br>　　　　DEFENDANTS § | CIVIL ACTION NO. 4:21-cv-00254 |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff Arthur Hebert, Jr. and Defendants, McDermott International, Inc., J. Ray McDermott, S.A. and, McDermott, Inc. f/k/a J. Ray McDermott, Inc. file this Joint Motion to Dismiss with Prejudice.

The Parties have settled all Plaintiff's claims. The Parties request the Court dismiss this matter with prejudice. Each Party to bear its own costs and attorney fees.

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH, LLP

*/s/ Walter J. Gallant*

WALTER J. GALLANT
Attorney-in-charge
State Bar No. 00784100
SDTX Bar No.15394
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Telephone: 832-460-4610
Facsimile: 713-759-6830
Walter.Gallant@lewisbrisbois.com

        **ATTORNEYS FOR DEFENDANTS McDERMOTT INTERNATIONAL, INC., J. RAY McDERMOTT, S.A., McDERMOTT, INC., f/k/a J. RAY McDERMOTT, INC.**

        AND

        St. Martin & Bourque

        */s/ Charles C. Bourque, Jr.* **

        _____
        CHARLES C. BOURQUE, JR.
        Attorney-in-charge
        (Admitted Pro Hac Vice 9/23/2019)
        315 Barrow Street
        Houma, Louisiana 70360
        Telephone: 985-876-1533
        Facsimile: 985-851-2219
        cbourque@stmblaw.com
        **ATTORNEYS FOR PLAINTIFF ARTHUR HEBERT, JR.**

**Signed by permission.

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing has been forwarded to the following counsel of record in accordance with the District's ECF service rules on this 10th day of January, 2022.

Michael Patrick Doyle         *Attorneys for Plaintiff*
Patrick M. Dennis
Jeffrey Avery
Doyle LLP
3401 Allen Parkway, Suite 100
Houston, Texas  77019
T:  (713) 571-1146
F:  (713) 571-1148
E:  service@doylelawfirm.com

| | |
|---|---|
| Christopher J. St. Martin<br>Charles Bourque<br>Joseph G. Jevic, III<br>*Pro Hac Vice Pending*<br>St. Martin & Bourque<br>315 Barrow Street<br>Houma, LA  70360<br>E:  cstmartin@stmblaw.com ; cbourque@stmblaw.com ; jjevic@stmblaw.com  ; mhebert@stmblaw.com | ***Attorneys for Plaintiff*** |

                                          */s/   Walter J. Gallant*
                                          WALTER J. GALLANT