UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
January 10, 2022
Nathan Ochsner, Clerk

| | |
|---|---|
| Arthur Lawrence Herbert, Jr., § | |
| § | |
| Plaintiff, § | |
| § | |
| versus § | Civil Action H-21-254 |
| § | |
| McDermott International, Inc., et al., § | |
| § | |
| Defendants. § | |

## Conditional Dismissal

1. Having been advised that the parties have settled, this case is dismissed with prejudice.

2. By February 11, 2022, the parties may move for reinstatement.

3. The court retains jurisdiction to enforce the settlement. (21)

Signed on January 10, 2022, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge